# EXHIBIT A

☰ **RUNNER'S WORLD**   SHOES & GEAR   TRAINING   HEALTH & INJURIES   MUST READ   RUNNER'S WORLD+   ⌕ SEARCH   **SUBSCRIBE**   SIGN IN

CROSS-TRAINING CHALLENGE | BEST RUNNING BACKPACKS | TYPES OF RUNNING SHOES | 2024 MARATHON CALENDAR | MASTER THE HALF!




As an Inova nurse, what will you bring? **Inova** Join Our Team

Races & Places > New York City Marathon

# Want to Run the Brooklyn Half Marathon? Here's How to Get Into the 2020 Race

**Landing a spot in America's largest 13.1-miler isn't easy. But we've laid out the ways you can ensure you'll cruise down the Coney Island boardwalk next spring.**

 BY **HAILEY MIDDLEBROOK**   UPDATED: JAN 21, 2019

🔖 **SAVE ARTICLE**



New York Road Runners



Meet The New Wool Runner 2 — allbirds — SHOP NOW

Editor's Note: On April 17, the New York Road Runners announced that the 2020 Brooklyn Half Marathon, scheduled for May 16, is canceled due to coronavirus concerns. Registered runners have the option to get a full refund of their entry fee or guaranteed non-complimentary entry for the 2021 Brooklyn Half. For more information on coronavirus-related race cancellations and postponements, visit here.

 **3** Articles Left   New Year's Sale — less than $1/week   SIGN IN   EXPAND ⌃

*Brooklyn Half. For more information on coronavirus-related race cancellations and postponements, visit here.*

If racing 13.1 miles through the unique streets of Brooklyn to the sunny Coney Island boardwalk appeals to you, join the club.

Every year in late May, the New York City borough hosts around 30,000 runners participating in the Brooklyn Half Marathon, the largest 13.1-mile race in the country. It's also one of the most popular. Last January, the 2019 race—which took place on Saturday, May 18—sold out in less than five hours. In 2018, the event sold out just two hours and 17 minutes after registration opened.



For runners preparing for the 2020 race, keep these notes on hand for getting in.

## Be Ready to Register

The simplest way to run the Brooklyn Half is to enter once the general registration window opens at noon on January 22, 2020. Once the registration date is announced, mark your calendars, put an alarm on your phone, and have your laptop open ahead of time. To enter the race, you'll need to create a free My NYRR account if you haven't done so already, then register online through your account. (Tip: Create your account beforehand, so you won't waste any precious minutes once the registration opens.) The 2019 event was $115 for non-NYRR members and $90 for members.

## Finish a Fast Race

If you locked down a speedy half or full marathon time this year, you might be eligible for guaranteed entry in to the 2020 Brooklyn Half by snagging a time-qualifier slot. To view the time standards for 2020, click here. In order to qualify, runners must have finished their races at or under the time standard sometime between January 1, 2019, and when the registration closes in January 2020.

 **New Year's Sale — less than $1/week**

Our newsletter is the best way to stay up to date on the latest training strategies.

✉ Enter your email address here.    LET'S GO.

By signing up, I agree to the Terms of Use (including the dispute resolution procedures) and have reviewed the Privacy Notice.

If you're super fast—we're talking men who have recently ran sub-1:05 for the half marathon, and women who have broken 1:15—you can apply for guaranteed entry via the seeded athlete program. If this fits your bill, email eliteathletes@nyrr.org for more info.

*Advertisement - Continue Reading Below*

- First-Timers Half Marathon (10 weeks, 9–24 miles per week)
- Beginner Half Marathon (10 weeks, 13–23 miles per week)
- Beginner Half Marathon #2 (14 weeks, 17–26 miles per week)
- Intermediate Half Marathon (10 weeks, 21–29 miles per week)
- Intermediate Half Marathon #2 (14 weeks, 27–41 miles per week)

## Run for Charity

Runners who sign up to run for Team for Kids (TFK), a charity that funds fitness programs for students across the country, are guaranteed entry into the Brooklyn Half. On top of the race bib, TFK runners also gain access to half marathon training plans created by NYRR, group workouts hosted in New York City, and a special singlet to wear on race day.



View full post on Instagram

If you go this route, you need to raise at least $500 for the charity by the beginning of May (the fundraising deadline for the 2019 race was May 1). Additionally, TFK runners pay a $25 sign-up fee plus the standard race entry fee.

## Run Six Virtual Races



3 Articles Left    New Year's Sale — less than $1/week    SIGN IN    EXPAND ⌃

## Run Six Virtual Races

In a new program started this year, runners can claim guaranteed entry to the Brooklyn Half if they register for and complete six NYRR virtual races, which are announced throughout the year by the organization.

The virtual races work like this: Participants first register with their NYRR account, then connect their account to Strava. Once on Strava, they are free to run the race distance whenever and wherever is most convenient for them; afterward, all participants' race results will be displayed on the Strava leaderboard as well as on the NYRR site.



View full post on Instagram

## Other Ways to Claim Guaranteed Entry

Even if you don't register in time, time-qualify, complete six virtual races, or agree to run for charity, there are other ways to guarantee your spot in the 2020 race. If you fall under one of these categories, you are promised a bib in the 2020 Brooklyn Half:

- Runners who were accepted into the 2019 race but canceled and deferred their registration, due to injury or other obligations. (Note: If you've canceled your race two years in a row, you are no longer eligible for guaranteed entry.)

- People who volunteered at the 2019 Brooklyn Half race day and expo.

- NYRR members who give at the Philanthropic level are either presented a guaranteed entry for the taking, or are granted two-day advance registration for the race. Giving $1,000 annually gives you priority registration. $5,000 or $10,000 and your spot is assured.



View full post on Instagram

**HAILEY MIDDLEBROOK**
DIGITAL EDITOR



Hailey first got hooked on running news as an intern with *Running Times*, and now she reports on elite runners and cyclists, feel-good stories, and training pieces for *Runner's World* and *Bicycling* magazines.

 New Year's Sale — less than $1/week  SIGN IN  EXPAND ∧

RUNNER'S WORLD   SHOES & GEAR   TRAINING   HEALTH & INJURIES   MUST READ   RUNNER'S WORLD+   SEARCH   SUBSCRIBE   SIGN IN

and how she reports on elite runners and cyclists, feel-good stories, and training pieces for *Runner's World* and *Bicycling* magazines.

Advertisement - Continue Reading Below

# NEW YORK CITY MARATHON



**From Inside to Freedom: The Rahsaan Thomas Story**



**When to Return to Running After a Marathon**

**Fighting for Wildlife**
The critically endangered Southern Resident orcas are starving.







3 Articles Left   New Year's Sale — less than $1/week   SIGN IN   EXPAND

She Went From Running a 5K to a Marathon in a Year

The Shoe Brands That Won the NYC Marathon

Fighting for Wildlife
The critically endangered Southern Resident orcas are starving.


This Marathoner Runs for Sobriety and Joy


NYC Marathon Champs Meet Aaron Rodgers


NYC Marathon Was the World's Largest in 2023


The Fastest Shoes of the 2023 NYC Marathon


How to Get Into the 2024 NYC Marathon


These Celebrities Ran the 2023 NYC Marathon


Top U.S. Finishers at 2023 New York City Marathon


Tamirat Tola Sets Course Record at NYC Marathon

Advertisement - Continue Reading Below



**3 Articles Left** — New Year's Sale — less than $1/week    SIGN IN    EXPAND

   X   TikTok   YouTube   Facebook   Instagram   Pinterest

Newsletter            Press Room         Writer Guidelines      Give A Gift
Customer Service     Subscribe           Advertise Online       Other Hearst Subscriptions


This Marathoner Runs for Sobriety and Joy


NYC Marathon Champs Meet Aaron Rodgers


NYC Marathon Was the World's Largest in 2023


The Fastest Shoes of the 2023 NYC Marathon


How to Get Into the 2024 NYC Marathon


These Celebrities Ran the 2023 NYC Marathon


Top U.S. Finishers at 2023 New York City Marathon


Tamirat Tola Sets Course Record at NYC Marathon

Advertisement - Continue Reading Below



Member Login    Donate Now

Membership    2024 Conference    Donate    Content    News    About Us

Home / News / Industry News / RBC Brooklyn Half Application To Open On Wednesday, February 2

● EVENTS

# RBC Brooklyn Half Application to Open on Wednesday, February 2

February 01, 2022



New York, February 1, 2022 – The runner application for the 2022 RBC Brooklyn Half, historically the largest half marathon in the United States, will open on February 2 and will remain open through February 16. New this year, runners can apply at NYRR.org for the race's non-guaranteed entry drawing, which will take place on February 23. The return of the highly anticipated race will be at full capacity this year with 27,000 runners expected on May 21.

Time qualifiers, NYRR Team for Kids runners, Virtual 6 program finishers and runners who were part of the 2020 race cancellation process can claim their guaranteed entries to the race during the application window.

The race takes runners on a 13.1-mile journey through the unique and diverse neighborhoods of Brooklyn, beginning at the

Document title: RBC Brooklyn Half Application to Open on Wednesday, February 2 - Running USA
Capture URL: https://www.runningusa.org/industry-news/rbc-brooklyn-half-application-to-open-on-wednesday-february-2/
Capture timestamp (UTC): Fri, 12 Jan 2024 20:57:34 GMT
Page 1 of 2

# NEW YORK ROAD RUNNERS

New York, February 1, 2022 – The runner application for the 2022 RBC Brooklyn Half, historically the largest half marathon in the United States, will open on February 2 and will remain open through February 16. New this year, runners can apply at NYRR.org for the race's non-guaranteed entry drawing, which will take place on February 23. The return of the highly anticipated race will be at full capacity this year with 27,000 runners expected on May 21.

Time qualifiers, NYRR Team for Kids runners, Virtual 6 program finishers and runners who were part of the 2020 race cancellation process can claim their guaranteed entries to the race during the application window.

The race takes runners on a 13.1-mile journey through the unique and diverse neighborhoods of Brooklyn, beginning at the Brooklyn Museum, passing the scenic Grand Army Plaza, and running through Prospect Park and along Ocean Parkway to the finish line on the famous Coney Island boardwalk. RBC will serve as the title sponsor of the event for the first time.

← Previous        View All        Next →



Address: 5123 W. 98th Street, #1132, Minneapolis, MN 55437
Email: info@runningusa.org

**About Us**            **News**
**Contact Us**         **Events**
**Membership**        **Privacy Policy**

## Running USA Newsletter

Sign-up to get the latest news in the endurance community.

**Subscribe**

© 2024 Running USA. | All Rights Reserved - Privacy Policy                Designed + Developed by RhinoActive