# EXHIBIT B

*The New York Times*

https://www.nytimes.com/2013/05/15/sports/larger-brooklyn-half-marathon-entails-greater-security-measures.html

# Brooklyn Race Grows; So Does Security

By Lynn Zinser

May 14, 2013

When New York Road Runners reinvented the Brooklyn Half Marathon, turning a sleepy March race into an event that will host about 25,000 competitors this weekend, it was meant as an economic boon to Coney Island. But recent events have turned it into something bigger, including a much larger security challenge in the wake of the Boston Marathon bombings last month.

Road Runners officials have been working with the New York Police Department to ramp up security, including a new, stringent bag check procedure, additional police officers along the course, secure runners-only areas and family reunion zones. Bomb-sniffing dogs will be out in force.

Runners who check a bag at the start, on Washington Avenue and Eastern Parkway, will be screened by security officials and will be required to use clear, race-issued bags for belongings. They will have to hand trash to race volunteers, because no trash cans will be placed along the course.

What officials do not expect is for runners to stay home. Online registration has been strong, and the event will draw its biggest field by a large margin. Two years ago, the race drew 7,000 runners.

"New Yorkers are a pretty tough bunch, and they're not going to let something like this sway them," said Peter Ciaccia, the executive vice president for event development for Road Runners. "We learned that after 9/11. They're not going to stop running."

In its new format, with a picturesque finish along the Coney Island Boardwalk, the race has grown into the second-largest half marathon in the country, according to New York Road Runners. It was reconfigured as a way to help that community economically, making it a gathering point for runners and spectators. The course was expanded to hold as many as 30,000 runners, it was moved from March to May, and Coney Island went from being the all-but-ignored start to the festive finish area. More than 15,000 competed last year on the new course.

After Hurricane Sandy hit in October — which brought the cancellation of the Road Runners' premier event, the New York City Marathon — the Brooklyn Half Marathon has gained a mission of raising money for storm relief charities and increasing good will. The organization weathered harsh criticism for its initial decision, made along with Mayor Michael R. Bloomberg, to stage the marathon before calling it off amid threats of protests.

Ciaccia said the organization was also close to announcing an event on Staten Island to raise money for that hard-hit community's relief.

After the Boston bombings, the primary concern for race organizers is security. Running courses are unique among sporting venues for their vulnerability — they snake through communities and get much of their character from their proximity to spectators, who become part of the event.

"We've always worked very closely with the New York Police Department," Ciaccia said. "Some of the things we did were to make our security more obvious. You'll see security zones clearly identified, when in the past, they were controlled but not as obviously. There will be more police presence at the finish line as well as along the course. We've always done this, but this year, it's just a little more involved."

A version of this article appears in print on , Section B, Page 16 of the New York edition with the headline: Brooklyn Race Grows; So Does Security