# EXHIBIT C

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2024-01-13 09:03:54 EST |
| **Mark:** | BROOKLYN HALF |

# BROOKLYN HALF

| | | | |
|---|---|---|---|
| **US Serial Number:** | 86904709 | **Application Filing Date:** | Feb. 11, 2016 |
| **US Registration Number:** | 5169507 | **Registration Date:** | Mar. 28, 2017 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |
| **TM5 Common Status Descriptor:** | | LIVE/REGISTRATION/Issued and Active | |
| | | The trademark application has been registered with the Office. | |
| **Status:** | A Sections 8 and 15 combined declaration has been accepted and acknowledged. | | |
| **Status Date:** | Oct. 17, 2022 | | |

**Publication Date:** Jan. 10, 2017

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | BROOKLYN HALF |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |
| **Disclaimer:** | "BROOKLYN" |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Organizing, arranging and conducting running events | | |
| **International Class(es):** | 041 - Primary Class | **U.S Class(es):** | 100, 101, 107 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | 1981 | **Use in Commerce:** | 1981 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |

| | | | |
|---|---|---|---|
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | New York Road Runners, Inc. |
| **Owner Address:** | 156 West 56th Street, 5th Floor<br>New York, NEW YORK UNITED STATES 10019 |
| **Legal Entity Type:** | non-profit corporation |
| **State or Country Where Organized:** | NEW YORK |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Catherine M.C. Farrelly | **Docket Number:** | 023431.0300 |
| **Attorney Primary Email Address:** | pto@fkks.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | Catherine M.C. Farrelly<br>Frankfurt Kurnit Klein & Selz PC<br>28 Liberty Street<br>NEW YORK, NEW YORK UNITED STATES 10005 |

| | | | |
|---|---|---|---|
| **Phone:** | 2129800120 | **Fax:** | 212-593-9175 |
| **Correspondent e-mail:** | pto@fkks.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Oct. 17, 2022 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Oct. 17, 2022 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Oct. 14, 2022 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Apr. 18, 2022 | TEAS SECTION 8 & 15 RECEIVED | |
| Mar. 28, 2022 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | |
| Oct. 02, 2019 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Aug. 30, 2019 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |
| Aug. 30, 2019 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Mar. 28, 2017 | REGISTERED-PRINCIPAL REGISTER | |
| Jan. 10, 2017 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jan. 10, 2017 | PUBLISHED FOR OPPOSITION | |
| Dec. 21, 2016 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Nov. 30, 2016 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Nov. 29, 2016 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Nov. 28, 2016 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Nov. 28, 2016 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Jun. 01, 2016 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Jun. 01, 2016 | NON-FINAL ACTION E-MAILED | |
| Jun. 01, 2016 | NON-FINAL ACTION WRITTEN | |
| May 27, 2016 | ASSIGNED TO EXAMINER | |
| Feb. 18, 2016 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Feb. 15, 2016 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | TMO LAW OFFICE 115 | **Date in Location:** | Oct. 17, 2022 |

# Proceedings

| Summary | |
|---|---|
| **Number of Proceedings:** | 1 |

## Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91285128 | **Filing Date:** | May 22, 2023 |
| **Status:** | Pending | **Status Date:** | May 22, 2023 |
| **Interlocutory Attorney:** | ASHLYN LEMBREE | | |

### Defendant

| | |
|---|---|
| **Name:** | New York City Runs, Inc. |
| **Correspondent Address:** | ALEX P. GARENS<br>DAY PITNEY LLP<br>ONE FEDERAL STREET, 29TH FLOOR<br>BOSTON MA UNITED STATES , 02110 |
| **Correspondent e-mail:** | trademarks@daypitney.com , agarens@daypitney.com , gpajer@daypitney.com , abrunau@daypitney.com , cbarrett@daypitney.com , bmccool@daypitney.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| BROOKLYN MARATHON & HALF MARATHON | | 90874072 | |

### Plaintiff(s)

| | |
|---|---|
| **Name:** | New York Road Runners, Inc. |
| **Correspondent Address:** | CATHERINE M.C. FARRELLY<br>FRANKFURT KURNIT KLEIN & SELZ PC<br>28 LIBERTY STREET<br>NEW YORK NY UNITED STATES , 10005 |
| **Correspondent e-mail:** | pto@fkks.com , cfarrelly@fkks.com , fcampione@fkks.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| BROOKLYN HALF | | 86904709 | 5169507 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 11 | ANSWER | Oct 30, 2023 | |
| 10 | D CHANGE OF CORRESP ADDRESS | Oct 30, 2023 | |
| 9 | EXTENSION OF TIME GRANTED | Sep 26, 2023 | |
| 8 | D MOT FOR EXT W/ CONSENT | Sep 26, 2023 | |
| 7 | EXTENSION OF TIME GRANTED | Aug 29, 2023 | |
| 6 | D MOT FOR EXT W/ CONSENT | Aug 29, 2023 | |
| 5 | EXTENSION OF TIME GRANTED | Jun 29, 2023 | |
| 4 | D MOT FOR EXT W/ CONSENT | Jun 29, 2023 | |
| 3 | INSTITUTED | May 22, 2023 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | May 22, 2023 | Jul 01, 2023 |
| 1 | FILED AND FEE | May 22, 2023 | |