# EXHIBIT D

| | |
|---|---|
| Generated on: | This page was generated by TSDR on 2024-02-15 19:41:23 EST |
| Mark: | BROOKLYN HALF |

| | | | |
|---|---|---|---|
| US Serial Number: | 98404926 | Application Filing Date: | Feb. 14, 2024 |
| Register: | Principal | | |
| Mark Type: | Trademark | | |
| TM5 Common Status Descriptor: |  | | LIVE/APPLICATION/Awaiting Examination<br><br>The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner. |
| Status: | New application awaiting assignment to an examining attorney. See current trademark processing wait times for more information. | | |
| Status Date: | Feb. 14, 2024 | | |

## Mark Information

| | |
|---|---|
| Mark Literal Elements: | BROOKLYN HALF |
| Standard Character Claim: | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| Mark Drawing Type: | 4 - STANDARD CHARACTER MARK |

## Related Properties Information

| | |
|---|---|
| Claimed Ownership of US Registrations: | 5169507 |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| For: | Apparel, namely, shirts | | |
| International Class(es): | 025 - Primary Class | U.S Class(es): | 022, 039 |
| Class Status: | ACTIVE | | |
| Basis: | 1(a) | | |
| First Use: | 1987 | Use in Commerce: | 1987 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| Filed Use: | Yes | Currently Use: | Yes |
| Filed ITU: | No | Currently ITU: | No |
| Filed 44D: | No | Currently 44D: | No |
| Filed 44E: | No | Currently 44E: | No |

| | | | |
|---|---|---|---|
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | New York Road Runners, Inc. |
| **Owner Address:** | 156 West 56th Street, 5th Floor<br>New York, NEW YORK UNITED STATES 10019 |
| **Legal Entity Type:** | non-profit corporation |
| **State or Country Where Organized:** | NEW YORK |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Catherine M.C. Farrelly | **Docket Number:** | 023431.0300 |
| **Attorney Primary Email Address:** | pto@fkks.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | Catherine M.C. Farrelly<br>Frankfurt Kurnit Klein & Selz PC<br>28 Liberty Street<br>New York, NEW YORK United States 10005 |

| | | | |
|---|---|---|---|
| **Phone:** | 212-980-0120 | **Fax:** | 212-593-9175 |
| **Correspondent e-mail:** | pto@fkks.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Feb. 14, 2024 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | Not Found | **Date in Location:** | Not Found |