# EXHIBIT E

**NEXT UP!** NYCRUNS CENTRAL PARK HALF & 5K (HTTPS://NYCRUNS.COM/RACE/NYCRUNS-CENTRAL-PARK-HALF-MARATHON-5K)            

(https://nycruns.com)                                              **VIEW ALL RACES (/RACES)**

# THE NYCRUNS BROOKLYN HALF MARATHON – ON SALE NOW!

This past April, NYCRUNS accomplished something we had spent over a decade working towards – a Brooklyn Marathon & Half Marathon that went through the best parts of our home borough. It was a beautiful day.

However, for at least the next two years, we have made the difficult decision to scale back to the half marathon distance alone. The marathon course we presented in 2022 was not up to the standards of NYCRUNS and we would much rather offer an outstanding half marathon while we work towards a marathon course that meets our expectations and yours.

The 2023 half marathon route will largely be identical to the amazing course we used this year. The iconic route starts in hip North Brooklyn and winds around the waterfront taking you under the historic Williamsburg, Manhattan, and Brooklyn Bridges while delivering eye popping views of Manhattan.

From there, we head up the historic concourses of Fulton Street & Flatbush Avenue before passing through Grand Army Plaza and into fabled brownstone Brooklyn before finishing in Prospect Park.

The NYCRUNS Brooklyn Half Marathon (http://sendytracking.nycruns.com/campaigns/wc560x4yp8a0d/track-url/dl723lng3s75b/a0137169e7af8766472967a3cf13175b5b01e689) is on sale now and is expected to sell out quickly.

We're looking forward to a spectacular race on April 23rd, 2023. We think Brooklyn is going to be better than ever and we can't wait to see you Win Your Race!

SIGN UP FOR OUR NEWSLETTER

SIGN UP

REAP THE AWESOME BENEFITS!

BECOME A MEMBER! (RACE/PAID-MEMBERSHIP)

---

RUN WITH US                                                                    ⌄

RACE CALENDAR (/RACES)
BECOME A MEMBER (/RACE/PAID-MEMBERSHIP)
RACE RESULTS (/2019-RESULTS/)
NEWSLETTER (/NEWSLETTER)
TERMS & CONDITIONS (/TERMS)

---

WORK WITH US                                                                   ⌄

PARTNERSHIP (/PARTNERSHIP)
JOBS (/JOIN-THE-TEAM)
RACE MANAGEMENT (/RACE-MANAGEMENT/)

---

EXPERIENCE WITH US                                                             ⌄

VOLUNTEER (HTTPS://NYCRUNS.COM/VOLUNTEER/)
RUNNING CLUBS (/COMMUNITY/CLUBS)

---

CONNECT WITH US                                                                ⌄

ABOUT NYCRUNS (/ABOUT)
MEET THE TEAM (/MEET-THE-TEAM)
HELP (/CUSTOMER-SERVICE)
NEWS (HTTPS://NYCRUNS.COM/CATEGORY/NEWS/)
NEWSLETTER (/NEWSLETTER)

---

facebook.com/nycruns)    ♪ (https://www.tiktok.com/@nycruns)    @ (https://www.threads.net/@nycruns)    ⌾ (http://instagram.c

© 2024 NYCRUNS