# EXHIBIT F

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2024-01-13 09:03:12 EST |
| **Mark:** | BROOKLYN MARATHON & HALF MARATHON |

BROOKLYN MARATHON & HALF MARATHON

| | | | |
|---|---|---|---|
| **US Serial Number:** | 90874072 | **Application Filing Date:** | Aug. 10, 2021 |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |
| **TM5 Common Status Descriptor:** |  | | LIVE/APPLICATION/Opposition Pending

The pending trademark application has been examined by the Office and was published for opposition, at which time one or more oppositions were filed but they have not yet been decided. |
| **Status:** | An opposition after publication is pending at the Trademark Trial and Appeal Board. For further information, see TTABVUE on the Trademark Trial and Appeal Board web page. | | |
| **Status Date:** | May 22, 2023 | | |
| **Publication Date:** | Nov. 22, 2022 | | |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | BROOKLYN MARATHON & HALF MARATHON |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |
| **Disclaimer:** | "MARATHON & HALF MARATHON" |
| **Acquired Distinctiveness Claim:** | In part |
| **Distinctiveness Limitation Statement:** | as to "BROOKLYN MARATHON" |

## Related Properties Information

| | |
|---|---|
| **Claimed Ownership of US Registrations:** | 4737549 |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Athletic and sporting event services, namely, arranging, organizing and operating athletic competitions in the nature of running competitions; organizing sporting events, namely, running races; providing online information in the field of running races | | |
| **International Class(es):** | 041 - Primary Class | **U.S Class(es):** | 100, 101, 107 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |

| | | | |
|---|---|---|---|
| **First Use:** | Mar. 2018 | **Use in Commerce:** | Mar. 2018 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | New York City Runs, Inc. |
| **Owner Address:** | 68 35th Street, Suite C657<br>Brooklyn, NEW YORK UNITED STATES 11232 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | NEW YORK |

## Attorney/Correspondence Information

**Attorney of Record**

| | |
|---|---|
| **Attorney Name:** | ALEX P. GARENS |
| **Attorney Primary Email Address:** | trademarks@daypitney.com |
| **Attorney Email Authorized:** | Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | ALEX P. GARENS<br>DAY PITNEY LLP<br>ONE FEDERAL STREET, 29TH FLOOR<br>BOSTON, MASSACHUSETTS UNITED STATES 02110 |
| **Phone:** | 617-345-4756 |
| **Fax:** | 617-345-4745 |
| **Correspondent e-mail:** | agarens@daypitney.com trademarks@daypitney.com gpajer@daypitney.com abrunau@daypitney.com cbarrett@daypitney.com |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| May 22, 2023 | OPPOSITION INSTITUTED NO. 999999 | 285128 |
| Dec. 21, 2022 | EXTENSION OF TIME TO OPPOSE RECEIVED | |
| Nov. 22, 2022 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Nov. 22, 2022 | PUBLISHED FOR OPPOSITION | |
| Nov. 02, 2022 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Oct. 14, 2022 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Oct. 13, 2022 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Oct. 12, 2022 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Oct. 12, 2022 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| May 11, 2022 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| May 11, 2022 | NON-FINAL ACTION E-MAILED | |
| May 11, 2022 | NON-FINAL ACTION WRITTEN | |
| May 10, 2022 | ASSIGNED TO EXAMINER | |
| Oct. 01, 2021 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Aug. 13, 2021 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information**

| | | | |
|---|---|---|---|
| **TM Attorney:** | DANG, PETER T | **Law Office Assigned:** | LAW OFFICE 121 |

| File Location | | | |
|---|---|---|---|
| **Current Location:** | PUBLICATION AND ISSUE SECTION | **Date in Location:** | Oct. 15, 2022 |

## Proceedings

| Summary | |
|---|---|
| **Number of Proceedings:** | 2 |

### Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91285128 | **Filing Date:** | May 22, 2023 |
| **Status:** | Pending | **Status Date:** | May 22, 2023 |
| **Interlocutory Attorney:** | ASHLYN LEMBREE | | |

#### Defendant

| | |
|---|---|
| **Name:** | New York City Runs, Inc. |
| **Correspondent Address:** | ALEX P. GARENS<br>DAY PITNEY LLP<br>ONE FEDERAL STREET, 29TH FLOOR<br>BOSTON MA UNITED STATES , 02110 |
| **Correspondent e-mail:** | trademarks@daypitney.com , agarens@daypitney.com , gpajer@daypitney.com , abrunau@daypitney.com , cbarrett@daypitney.com , bmccool@daypitney.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| BROOKLYN MARATHON & HALF MARATHON | | 90874072 | |

#### Plaintiff(s)

| | |
|---|---|
| **Name:** | New York Road Runners, Inc. |
| **Correspondent Address:** | CATHERINE M.C. FARRELLY<br>FRANKFURT KURNIT KLEIN & SELZ PC<br>28 LIBERTY STREET<br>NEW YORK NY UNITED STATES , 10005 |
| **Correspondent e-mail:** | pto@fkks.com , cfarrelly@fkks.com , fcampione@fkks.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| BROOKLYN HALF | | 86904709 | 5169507 |

#### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 11 | ANSWER | Oct 30, 2023 | |
| 10 | D CHANGE OF CORRESP ADDRESS | Oct 30, 2023 | |
| 9 | EXTENSION OF TIME GRANTED | Sep 26, 2023 | |
| 8 | D MOT FOR EXT W/ CONSENT | Sep 26, 2023 | |
| 7 | EXTENSION OF TIME GRANTED | Aug 29, 2023 | |
| 6 | D MOT FOR EXT W/ CONSENT | Aug 29, 2023 | |
| 5 | EXTENSION OF TIME GRANTED | Jun 29, 2023 | |
| 4 | D MOT FOR EXT W/ CONSENT | Jun 29, 2023 | |
| 3 | INSTITUTED | May 22, 2023 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | May 22, 2023 | Jul 01, 2023 |
| 1 | FILED AND FEE | May 22, 2023 | |

### Type of Proceeding: Extension of Time

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 90874072 | **Filing Date:** | Dec 21, 2022 |

| | |
|---|---|
| **Status:** Terminated | **Status Date:** May 22, 2023 |
| **Interlocutory Attorney:** | |

### Defendant

| | |
|---|---|
| **Name:** | New York City Runs, Inc. |
| **Correspondent Address:** | ALEX P. GARENS<br>DAY PITNEY LLP<br>605 THIRD AVENUE, 31ST FLOOR<br>NEW YORK NY UNITED STATES , 10158-1803 |
| **Correspondent e-mail:** | trademarks@daypitney.com , agarens@daypitney.com , aweisman@daypitney.com , gpajer@daypitney.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| BROOKLYN MARATHON & HALF MARATHON | | 90874072 | |

### Potential Opposer(s)

| | |
|---|---|
| **Name:** | New York Road Runners, Inc. |
| **Correspondent Address:** | CATHERINE M.C. FARRELLY<br>FRANKFURT KURNIT KLEIN & SELZ PC<br>28 LIBERTY STREET<br>NEW YORK NY UNITED STATES , 10005 |
| **Correspondent e-mail:** | pto@fkks.com , cfarrelly@fkks.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| | | | |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 6 | EXT GRANTED | Mar 21, 2023 | |
| 5 | FINAL 60-DAY REQUEST TO EXT TIME TO OPPOSE | Mar 21, 2023 | |
| 4 | EXT GRANTED | Jan 18, 2023 | |
| 3 | ADD'L 60-DAY REQUEST TO EXT TIME TO OPPOSE | Jan 18, 2023 | |
| 2 | EXT GRANTED | Dec 21, 2022 | |
| 1 | FIRST 30-DAY REQUEST TO EXT TIME TO OPPOSE | Dec 21, 2022 | |