Richard H. Brown
**DAY PITNEY LLP**
605 Third Avenue, 31st Floor
New York, NY 10158
Telephone: (212) 297-5854
Facsimile: (973) 966-1015
rbrown@daypitney.com
*Attorneys for New York City Runs, Inc.*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NEW YORK ROAD RUNNERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> NEW YORK CITY RUNS, INC., <br><br> Defendant. | 1:24-cv-01231-DG-JAM <br><br> **NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel of record on behalf of Defendant New York City Runs, Inc. in this action.

**PLEASE TAKE FURTHER NOTICE** that request is hereby made that all notices given or required to be given in this action, and all pleadings, motions, applications, discovery requests and other correspondence served or required to be served in this action, be given to and served upon the undersigned at the address provided below.

Date:  February 22, 2024       Respectfully submitted,

<div style="margin-left:40%">

*/s/ Richard H. Brown*
Richard H. Brown
**DAY PITNEY LLP**
605 Third Avenue, 31st Floor
New York, NY 10158
Telephone: (212) 297-5800
rbrown@daypitney.com
*Attorneys for New York City Runs, Inc.*

</div>

.

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2024, a true copy of foregoing **Notice of Appearance** was filed electronically, and I understand that notice of this filing will be sent by email to all parties receiving electronic notification in this matter via the Court's ECF system.

Date: February 22, 2024  /s/ Richard H. Brown