# Frankfurt Kurnit Klein + Selz PC

July 15, 2024

**VIA ECF**

Magistrate Judge Joseph A. Marutollo
United States District Court
Eastern District of New York
Theodore Roosevelt United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *New York Road Runners, Inc., v. New York City Runs, Inc.*,
             Case No.: 1:24-cv-01231 (JAM)

Dear Judge Marutollo:

Pursuant to this Court's June 7, 2024 Minute Entry, Plaintiff New York Road Runners, Inc. ("NYRR") and Defendant New York City Runs, Inc. ("NYCRUNS") respectfully submit the following as the parties' second joint status report outlining the current status of discovery and mediation.

*Exchange of Written Discovery*. On June 24, 2024, NYRR served a letter on NYCRUNS regarding NYCRUNS' responses and objections to NYRR's First Set of Interrogatories and First Set of Requests for Production of Documents. NYCRUNS responded by letter dated June 28, 2024, and on July 3, 2024, the parties attended a meet and confer to discuss the issues raised in the letters. On July 2, 2024, NYCRUNS served a letter on NYRR regarding its responses and objections to NYCRUNS' First Set of Interrogatories and First Set of Requests for Production of Documents. NYRR will respond shortly, and the parties will hold a meet and confer to discuss the issues raised in that letter at a date later in July, as well as their respective search terms.

On June 27, 2024, NYRR responded to NYCRUNS' Second Set of Interrogatories. On July 2, NYRR served its Second Set of Interrogatories and Second Requests for Production of Documents on NYCRUNS. NYCRUNS will serve its responses and objections by August 1, 2024.

*Production of Documents*. On July 2, 2024, NYCRUNS made its first production of documents. On July 8, 2024, NYRR made its first production of documents. Both parties will continue producing documents on a rolling basis.

*Private Mediation*. Pursuant to this Court's June 7, 2024 Minute Entry, NYRR and NYCRUNS also write to inform the Court that the parties are still discussing private mediation, and expect to provide a further update to the Court shortly.

We thank the Court for its time and attention to this matter.

| | |
|---|---|
| */s/ Richard Brown* | */s/ Molly Rothschild* |
| Richard H. Brown | Kimberly Maynard |
| | Molly G. Rothschild |
| | Jonathan M. K. Pryor |
| **DAY PITNEY LLP** | **FRANKFURT KURNIT KLEIN & SELZ PC** |
| One Jefferson Road | 28 Liberty Street |
| Parsippany, NJ 07054 | New York, NY 10005 |
| (973) 966-8119 | (212) 980-0120 |
| rbrown@daypitney.com | kmaynard@fkks.com |
| | mrothschild@fkks.com |
| | jpryor@fkks.com |
| *Attorneys for Defendant New York City Runs, Inc.* | *Attorneys for Plaintiff New York Road Runners, Inc.* |