# Frankfurt Kurnit Klein + Selz PC

September 16, 2024

**VIA ECF**

Magistrate Judge Joseph A. Marutollo
United States District Court
Eastern District of New York
Theodore Roosevelt United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *New York Road Runners, Inc., v. New York City Runs, Inc.*,
            Case No.: 1:24-cv-01231 (JAM)

Dear Judge Marutollo:

Pursuant to this Court's August 8, 2024 Minute Entry, Plaintiff New York Road Runners, Inc. ("NYRR") and Defendant New York City Runs, Inc. ("NYCRUNS") respectfully submit the following as the parties' third joint status report outlining the current status of discovery and mediation.

*Mediation*. NYRR and NYCRUNS held a private mediation on August 28, 2024. Although there was no resolution that day, the parties have since had another meeting and are planning to have another meeting so that they may continue to explore possible resolutions.

*Written Discovery*. On July 30, 2024, NYRR and NYCRUNS held a meet and confer to discuss the issues raised in each of their respective written discovery letters.

On August 1, 2024, NYCRUNS served its responses and objections to NYRR's Second Set of Interrogatories and Second Requests for Production of Documents, and the parties exchanged their respective search terms. At this time, the parties are continuing to revise and exchange search terms, as well as discuss issues raised in written discovery without seeking the Court's intervention.

We thank the Court for its time and attention to this matter.

| | |
|---|---|
|     */s/ Richard Brown* |     */s/ Molly Rothschild* |
| Richard H. Brown | Kimberly Maynard |
| | Molly G. Rothschild |
| | Jonathan M. K. Pryor |
| | |
| **DAY PITNEY LLP** | **FRANKFURT KURNIT KLEIN & SELZ PC** |
| 605 Third Avenue, 31st Floor | 28 Liberty Street |
| New York, NY 10158 | New York, NY 10005 |
| (212) 297-5854 | (212) 980-0120 |
| rbrown@daypitney.com | kmaynard@fkks.com |
| | mrothschild@fkks.com |
| | jpryor@fkks.com |
| | |
| *Attorneys for Defendant New York City Runs, Inc.* | *Attorneys for Plaintiff New York Road Runners, Inc.* |