# Frankfurt Kurnit Klein + Selz PC

November 15, 2024

**VIA ECF**

Magistrate Judge Joseph A. Marutollo
United States District Court
Eastern District of New York
Theodore Roosevelt United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *New York Road Runners, Inc., v. New York City Runs, Inc.*,
               Case No.: 1:24-cv-01231 (JAM)

Dear Judge Marutollo:

       Pursuant to this Court's August 8, 2024 Minute Entry, Plaintiff New York Road Runners, Inc. ("NYRR") and Defendant New York City Runs, Inc. ("NYCRUNS") respectfully submit the following as the parties' fifth joint status report outlining the current status of discovery and mediation.

       The parties agreed to a settlement in principle on October 25, 2024 and are currently negotiating a draft settlement agreement. NYRR sent NYCRUNS a draft of the settlement agreement on October 29, 2024, and NYCRUNS provided its comments and changes on the draft on November 13, 2024. On October 31, 2024, the court entered a 30-day stay of all discovery deadlines and proceedings to allow the parties to focus on settlement.

       We thank the Court for its time and attention to this matter.


    */s/ Richard Brown*                         */s/ Molly Rothschild*
Richard H. Brown                             Kimberly Maynard
                                                 Molly G. Rothschild
                                                 Jonathan M. K. Pryor

**DAY PITNEY LLP**
605 Third Avenue, 31st Floor
New York, NY 10158
(212) 297-5854
rbrown@daypitney.com

*Attorneys for Defendant New York City Runs, Inc.*

**FRANKFURT KURNIT KLEIN & SELZ PC**
28 Liberty Street
New York, NY 10005
(212) 980-0120
kmaynard@fkks.com
mrothschild@fkks.com
jpryor@fkks.com

*Attorneys for Plaintiff New York Road Runners, Inc.*