UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X
NEW YORK ROAD RUNNERS, INC.,

        Plaintiff,

    -against-

NEW YORK CITY RUNS, INC.,

        Defendant.
------------------------------------------------------------X

Case No. 1:24-cv-01231-DG-JAM

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff New York Road Runners, Inc. and Defendant New York City Runs, Inc., by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's complaint in the above captioned action is voluntarily dismissed, with prejudice and with each party bearing its respective attorney's fees and costs.

Dated: December 16, 2024

**FRANKFURT KURNIT KLEIN + SELZ, PC**

By:   */s/ Kimberly Maynard*
      Kimberly M. Maynard
      Molly G. Rothschild
      Jonathan M.K. Pryor
28 Liberty Street, 35th Fl.
New York, NY 10005
(212) 980-0120
kmaynard@fkks.com
mrothschild@fkks.com
jpryor@fkks.com

*Attorneys for Plaintiff*
*New York Road Runners, Inc.*

**DAY PITNEY LLP**

By:   */s/ Richard Brown*
      Richard H. Brown
605 Third Avenue, 31st Floor
New York, NY 10158
(212) 297-5800
rbrown@daypitney.com

*Attorneys for Defendant New York City Runs, Inc.*

**SO ORDERED, _____ 2024**

_____
Hon. Diane Gujarati
United States District Court Judge